10-1129-pr
Yeldon v. Hogan

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12ᵗʰ day of November, two thousand and ten.

PRESENT: JOSEPH M. McLAUGHLIN,
         BARRINGTON D. PARKER,
         RICHARD C. WESLEY,
                  *Circuit Judges.*

_____

WILLIE JAMES YELDON,

                  *Plaintiff-Appellant,*

         -v.-                          10-1129-pr

MICHAEL HOGAN, DONALD SAWYER, JEFFREY AMODON, BARBARA STAPHOLZ, MAUREEN ADAMS, CHARMAINE BILL, SAM LILLY, TERRIMAX MILLIAN, JEFFREY NORWICKI, MARY BULLIVANT,

                  *Defendants-Appellees.*

_____

FOR APPELLANT:       WILLIE JAMES YELDON, *pro se*, Marcy, N.Y.

FOR APPELLEE:        NANCY A. SPIEGEL, Senior Assistant Solicitor General, ANDREW B. AYERS, Assistant Solicitor General, *of counsel*, (Barbara D. Underwood, Solicitor General, *on the brief*), *for* Andrew M. Cuomo, Attorney General of the State of New York, Albany, N.Y.

Appeal from the United States District Court for the Northern District of New York (Mordue, *C.J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Appellant Willie James Yeldon, *pro se*, appeals from a judgment of the United States District Court for the Northern District of New York (Mordue, *C.J.*), which granted the defendants' motion for summary judgment and dismissed Yeldon's complaint in its entirety. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review an order granting summary judgment *de novo* and ask whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300

2

(2d Cir. 2003).  To that end, we are "required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought."  *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003) (quotation marks omitted).  However, "conclusory statements or mere allegations [are] not sufficient to defeat a summary judgment motion."  *Davis v. New York*, 316 F.3d 93, 100 (2d Cir. 2002).

Having conducted an independent and *de novo* review of the record, we affirm the district court's judgment for substantially the same reasons stated by the magistrate judge in his thorough and well-reasoned decision.  We have considered Yeldon's arguments on appeal and have found them to be without merit.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

```
                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk
```